IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. :
:
GREGORY MILLER : NO. 09-247

<u>ORDER</u>

AND NOW, this 3rd day of November, 2009, upon consideration of defendant's Motion to Suppress Physical Evidence and Statements (Docket No. 19) and the government's opposition thereto, and after a hearing held on October 14, 2009, IT IS HEREBY ORDERED for the reasons set out in the Memorandum of today's date, that said motion is DENIED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.